IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SANDRA PEEBLES                                                                                0LAINTIFF

                  v.                   Civil No. 06-4014

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                    DEFENDANT

## **JUDGMENT**

Comes now the Court on this 6th day of July, 2006, in accordance with the Memorandum and Order filed in the above styled case on today's date, and hereby considers, orders and adjudges that the Defendant's Motion to Remand is granted (Doc. #12). The decision of the Commissioner of Social Security is reversed and this matter is remanded to the Commissioner, pursuant to sentence four, *42 U.S.C. § 405(g)*.

Counsel is reminded that, in view of the United States Supreme Court decision, *Shalala v. Schaefer, 113 S.Ct. 2625, 125 L.Ed.2d 239 (1993)*, a petition for attorney's fees under the Equal Access to Justice Act must be filed within 30 days from the date this Judgment becomes final.

IT IS SO ORDERED.

                                                  /s/ Bobby E. Shepherd
                                      HONORABLE BOBBY E. SHEPHERD
                                      UNITED STATES MAGISTRATE JUDGE