IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SANDRA PEEBLES                                                                                PLAINTIFF

       v.                              Civil No. 06-4014

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                     DEFENDANT

## JUDGMENT

On this 21st day of August, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Greg Giles, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $3,012.50 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

      /s/ Bobby E. Shepherd
      HONORABLE BOBBY E. SHEPHERD
      UNITED STATES MAGISTRATE JUDGE